SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
Attorneys for Defendant
ACE AMERICAN INSURANCE COMPANY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WOODCLIFF LAKE BOARD OF EDUCATION,<br><br>                    Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>                    Defendant. | Civil Action No.: 2:11-cv-02704 (SRC)<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE STAY THE ACTION, AND TO COMPEL ARBITRATION** |

To:   Stephen R. Fogarty, Esq.
       Fogarty & Hara, Esqs.
       16-00 Route 208 South
       Fair Lawn, NJ 07410.
       *Attorneys for the Plaintiff*
       *Woodcliff Lake Board of Education*

**PLEASE TAKE NOTICE**, that on July 5, 2011, or as soon thereafter as counsel may be heard, counsel for Defendant ACE American Insurance Company, will apply to the United States District Court for the District of New Jersey, Martin Luther King Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order dismissing Plaintiff's Complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure or in the alternative to stay the action, and to compel arbitration;

NY/701399v1

**PLEASE TAK FUTHER NOTICE** that, in support of this motion, Defendant shall rely upon the enclosed memorandum of law and the Certification of Daniel Pickett together with the accompanying exhibits.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested. A proposed order is submitted herewith.

Dated: New York, New York
      June 1, 2010

                SEDGWICK LLP

By: _____
    Daniel Pickett
    Joseph K. Powers (pro hac vice pending)
    125 Broad Street, 39th Floor
    New York, New York 10004-2400
    Telephone: (212) 422-0202
    Facsimile: (212) 422-0925
    *Attorneys for Defendant*
    *ACE American Insurance Company*