SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
Attorneys for Defendant
ACE AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WOODCLIFF LAKE BOARD OF EDUCATION,<br><br>      Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>      Defendant. | Civil Action No.: 2:11-cv-02704 (SRC)<br><br>**ORDER** |

  THIS MATTER having been opened to the Court upon the motion of Daniel Pickett, Esq. of Sedgwick LLP, attorneys for Defendant ACE American Insurance Company ("ACE American"), for an Order dismissing the Plaintiff's Complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure or in the alternative to stay the action and to compel arbitration, and the Court having reviewed the moving papers together with such other answering or reply papers as may have been filed in opposition to or in further support of said motion, and for good cause shown:

  IT IS on this _____ day of _____, 2011,

1. ORDERED, that Defendant ACE American Insurance Company's Motion to Dismiss Plaintiff's Complaint is hereby granted.

1

NY/701398v1

2. ORDERED, that Defendant ACE American Insurance Company's Motion to stay the action, and to compel arbitration is hereby granted.

3. IT IS FURTHER ORDERED that a copy of this order shall be served upon counsel within __ days of receipt hereof.

_____<br>
U.S.D.J.                                    Dated