## CERTIFICATE OF SERVICE

I, Daniel Pickett, hereby certify and affirm that a true and correct copy of the attached **DEFENDANT ACE AMERICAN INSURANCE COMPANY'S MOTION TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE STAY THE ACTION AND TO COMPEL ARBITRATION, NOTICE OF MOTION TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE STAY THE ACTION AND TO COMPEL ARBITRATION, CERIFICATION OF DANIEL PICKETT IN SUPPORT OF DEFENDANT ACE AMERICAN INSURANCE COMPANY'S MOTION TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE STAY THE ACTION, AND TO COMPEL ARBITRATION and PROPOSED ORDER** was served by **ECF** on June 1, 2011 upon the following:

>Stephen R. Fogarty, Esq.
>FOGARTY & HARA, ESQS.
>16-00 Route 208 South
>Fair Lawn, New Jersey 07410
>***Attorneys for Plaintiff***

s./ _____
                Daniel Pickett