FOGARTY & HARA, ESQS.
16-00 Route 208 South
Fair Lawn, New Jersey 07410
(201) 791-3340
(201) 791-3432 Telecopier
Attorneys for Plaintiff,
Woodcliff Lake Board of Education
Our File No.: 144

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WOODCLIFF LAKE BOARD OF EDUCATION, | Civil Action No.: 2:11-cv-02704 |
| Plaintiff, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| ACE AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

It is hereby stipulated and agreed by the attorneys for the respective parties that the above action be dismissed without prejudice as and without costs and attorneys' fees to either party. The parties to this action do hereby stipulate and agree that any and all issues which could have been litigated by any party in this action at this time may be and hereby will be submitted to arbitration before any arbitrators and arbitration facility to which the parties mutually agree and that judgment upon any award rendered by the arbitrators may be entered in the above referenced action.

FOGARTY & HARA, ESQS.
Attorneys for Plaintiff,
Woodcliff Lake Board of Education

By: _____
     STEPHEN R. FOGARTY

Dated: _____

SEDGWICK LLP
Attorneys for Defendant,
ACE American Insurance Company

By: _____
     DANIEL PICKETT

Dated: 6/27/11

{F&H00063152.DOC/1}